**SCOTTDALE EARLY LEARNING INC.**
479 WARREN AVE
SCOTTDALE GA 30079

**DEXTER SMITH**
EMPLOYEE ID: 9975
DEPARTMENT: 107
DD RECEIPT:    1010455729



Pay Period    01/25/2021  -  02/07/2021
Pay Date      02/12/2021

FITWH     Filing Status: S  Exemptions: 0
GA        Filing Status: S  Exemptions: 1

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 1,493.00 | 240.00 | 4,479.00 |
| Hol | | | | 88.00 | |
| ‡Cell Phone | | | 50.00 | | 100.00 |
| Total | | 80.00 | $1,543.00 | 328.00 | $4,579.00 |

| Deductions | CURRENT | YTD |
|---|---|---|
| Accident | 9.82 | 29.46 |
| CSDispGA | 76.50 | 229.50 |
| Vision | 3.22 | 9.66 |
| Total | $89.54 | $268.62 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 149.55 | 448.65 |
| MED | 21.46 | 64.38 |
| SOC | 91.76 | 275.28 |
| GA | 60.42 | 181.26 |
| Total | $323.19 | $969.57 |

**Net Pay**    XXXXXX7896    $1,130.27

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1 Vacation | | | 190.00 |
| 2 Sick | | | 178.00 |

| Other Hours | CURRENT | YTD |
|---|---|---|
| ‡SAL | 80.00 | 192.00 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SCOTTDALE EARLY LEARNING INC.
479 WARREN AVE
SCOTTDALE GA 30079

Direct Deposit #   1010455729
Date               02/12/2021

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **        VOID ** VOID **

107    DD

DIRECT DEPOSIT  $1,130.27
TO ACCOUNT #    XXXXXX7896
BANK #          XXXXX0227

Pay to the
Order of    **DEXTER SMITH**
3850 MEMORIAL DR
DECATUR GA 30052

N O N - N E G O T I A B L E

**SCOTTDALE EARLY LEARNING INC.**
479 WARREN AVE
SCOTTDALE GA 30079

**DEXTER SMITH**
EMPLOYEE ID: 9975
DEPARTMENT: 107
DD RECEIPT:    1010649200



Pay Period    02/08/2021  -  02/21/2021
Pay Date      02/26/2021

FITWH    Filing Status: S  Exemptions: 0
GA       Filing Status: S  Exemptions: 1

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 1,493.00 | 320.00 | 5,972.00 |
| Hol | | | | 88.00 | |
| ‡Cell Phone | | | | | 100.00 |
| Total | | 80.00 | $1,493.00 | 408.00 | $6,072.00 |

| Deductions | CURRENT | YTD |
|---|---|---|
| Accident | 9.82 | 39.28 |
| CSDispGA | 76.50 | 306.00 |
| Vision | 3.22 | 12.88 |
| Total | $89.54 | $358.16 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 149.55 | 598.20 |
| MED | 21.46 | 85.84 |
| SOC | 91.76 | 367.04 |
| GA | 60.42 | 241.68 |
| Total | $323.19 | $1,292.76 |

**Net Pay**    XXXXXX7896    $1,080.27

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1 Vacation | | | 200.00 |
| 2 Sick | | | 188.00 |

| Other Hours | CURRENT | YTD |
|---|---|---|
| ‡SAL | 80.00 | 272.00 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SCOTTDALE EARLY LEARNING INC.
479 WARREN AVE
SCOTTDALE GA 30079

Direct Deposit #  1010649200
Date    02/26/2021

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **    VOID ** VOID **

107    DD

DIRECT DEPOSIT  $1,080.27
TO ACCOUNT #    XXXXXX7896
BANK #          XXXXX0227

Pay to the
Order of    **DEXTER SMITH**
3850 MEMORIAL DR
DECATUR GA 30052

**N O N - N E G O T I A B L E**

SCOTTDALE EARLY LEARNING INC.
479 WARREN AVE
SCOTTDALE GA 30079

DEXTER SMITH
EMPLOYEE ID: 9975
DEPARTMENT: 107
DD RECEIPT:    1010856278



Pay Period    02/22/2021  -  03/07/2021
Pay Date      03/15/2021

FITWH    Filing Status: S  Exemptions: 0
GA       Filing Status: S  Exemptions: 1

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary |  | 80.00 | 1,493.00 | 400.00 | 7,465.00 |
| Hol |  |  |  | 88.00 |  |
| ‡Cell Phone |  |  | 50.00 |  | 150.00 |
| Total |  | 80.00 | $1,543.00 | 488.00 | $7,615.00 |

| Deductions | CURRENT | YTD |
|---|---|---|
| Accident | 9.82 | 49.10 |
| CSDispGA | 76.50 | 382.50 |
| Vision | 3.22 | 16.10 |
| Total | $89.54 | $447.70 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 149.55 | 747.75 |
| MED | 21.46 | 107.30 |
| SOC | 91.76 | 458.80 |
| GA | 60.42 | 302.10 |
| Total | $323.19 | $1,615.95 |

**Net Pay**    XXXXXX7896    $1,130.27

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1 Vacation |  |  | 200.00 |
| 2 Sick |  |  | 188.00 |

| Other Hours | CURRENT | YTD |
|---|---|---|
| ‡SAL | 80.00 | 352.00 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SCOTTDALE EARLY LEARNING INC.
479 WARREN AVE
SCOTTDALE GA 30079

Direct Deposit #   1010856278
Date               03/15/2021

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **     VOID ** VOID **

107    DD

DIRECT DEPOSIT  $1,130.27
TO ACCOUNT #    XXXXXX7896
BANK #          XXXXX0227

Pay to the
Order of

**DEXTER SMITH**
3850 MEMORIAL DR
DECATUR GA 30052

N O N - N E G O T I A B L E

**SCOTTDALE EARLY LEARNING INC.**
479 WARREN AVE
SCOTTDALE GA 30079

**DEXTER SMITH**
EMPLOYEE ID: 9975
DEPARTMENT: 107
DD RECEIPT:    1011078289



Pay Period    03/08/2021  -  03/21/2021
Pay Date      03/30/2021

FITWH    Filing Status: S  Exemptions: 0
GA       Filing Status: S  Exemptions: 1

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 1,493.00 | 480.00 | 8,958.00 |
| Hol | | | | 88.00 | |
| ‡Cell Phone | | | | | 150.00 |
| Total | | 80.00 | $1,493.00 | 568.00 | $9,108.00 |

| Deductions | CURRENT | YTD |
|---|---|---|
| Accident | 9.82 | 58.92 |
| CSDispGA | 76.50 | 459.00 |
| Vision | 3.22 | 19.32 |
| Total | $89.54 | $537.24 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 149.55 | 897.30 |
| MED | 21.46 | 128.76 |
| SOC | 91.76 | 550.56 |
| GA | 60.42 | 362.52 |
| Total | $323.19 | $1,939.14 |

**Net Pay**    XXXXXX7896    $1,080.27

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1 Vacation | | | 210.00 |
| 2 Sick | | | 198.00 |

| Other Hours | CURRENT | YTD |
|---|---|---|
| ‡SAL | 80.00 | 432.00 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SCOTTDALE EARLY LEARNING INC.
479 WARREN AVE
SCOTTDALE GA 30079

Direct Deposit #    1011078289
Date                03/30/2021

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **        VOID ** VOID **

107    DD

DIRECT DEPOSIT  $1,080.27
TO ACCOUNT #    XXXXXX7896
BANK #          XXXXX0227

Pay to the
Order of    **DEXTER SMITH**
            3850 MEMORIAL DR
            DECATUR GA 30052

N O N - N E G O T I A B L E

**SCOTTDALE EARLY LEARNING INC.**
479 WARREN AVE
SCOTTDALE GA 30079

**DEXTER SMITH**
EMPLOYEE ID: 9975
DEPARTMENT: 107
DD RECEIPT:    1011363055



Pay Period    03/22/2021  -  04/04/2021
Pay Date      04/15/2021

FITWH    Filing Status: S  Exemptions: 0
GA       Filing Status: S  Exemptions: 1

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 1,493.00 | 560.00 | 10,451.00 |
| Hol | | 8.00 | | 96.00 | |
| ‡Cell Phone | | | | | 150.00 |
| Total | | 88.00 | $1,493.00 | 656.00 | $10,601.00 |

| Deductions | CURRENT | YTD |
|---|---|---|
| Accident | 9.82 | 68.74 |
| CSDispGA | 76.50 | 535.50 |
| Vision | 3.22 | 22.54 |
| Total | $89.54 | $626.78 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 149.55 | 1,046.85 |
| MED | 21.46 | 150.22 |
| SOC | 91.76 | 642.32 |
| GA | 60.42 | 422.94 |
| Total | $323.19 | $2,262.33 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1 Vacation | | | 210.00 |
| 2 Sick | | | 198.00 |

**Net Pay**    XXXXXX7896    $1,080.27

| Other Hours | CURRENT | YTD |
|---|---|---|
| ‡SAL | 72.00 | 504.00 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SCOTTDALE EARLY LEARNING INC.
479 WARREN AVE
SCOTTDALE GA 30079

Direct Deposit #    1011363055
Date    04/15/2021

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **    VOID ** VOID **

107    DD

DIRECT DEPOSIT $1,080.27
TO ACCOUNT #    XXXXXX7896
BANK #    XXXXX0227

Pay to the
Order of    **DEXTER SMITH**
3850 MEMORIAL DR
DECATUR GA 30052

N O N - N E G O T I A B L E

**SCOTTDALE EARLY LEARNING INC.**
479 WARREN AVE
SCOTTDALE GA 30079

**DEXTER SMITH**
EMPLOYEE ID: 9975
DEPARTMENT: 107
DD RECEIPT:    1011573663



Pay Period   04/05/2021  -  04/18/2021
Pay Date     04/30/2021

FITWH    Filing Status: S  Exemptions: 0
GA       Filing Status: S  Exemptions: 1

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 1,493.00 | 640.00 | 11,944.00 |
| Hol | | 40.00 | | 136.00 | |
| ‡Cell Phone | | | 50.00 | | 200.00 |
| Total | | 120.00 | $1,543.00 | 776.00 | $12,144.00 |

| Deductions | CURRENT | YTD |
|---|---|---|
| Accident | 9.82 | 78.56 |
| CSDispGA | 76.50 | 612.00 |
| Vision | 3.22 | 25.76 |
| Total | $89.54 | $716.32 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 149.55 | 1,196.40 |
| MED | 21.46 | 171.68 |
| SOC | 91.76 | 734.08 |
| GA | 60.42 | 483.36 |
| Total | $323.19 | $2,585.52 |

**Net Pay**    XXXXXX7896    $1,130.27

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1 Vacation | | | 204.00 |
| 2 Sick | | | 208.00 |

| Other Hours | CURRENT | YTD |
|---|---|---|
| ‡SAL | 40.00 | 544.00 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SCOTTDALE EARLY LEARNING INC.
479 WARREN AVE
SCOTTDALE GA 30079

Direct Deposit #   1011573663
Date               04/30/2021

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **    VOID ** VOID **

107   DD

Pay to the
Order of    **DEXTER SMITH**
3850 MEMORIAL DR
DECATUR GA 30052

DIRECT DEPOSIT  $1,130.27
TO ACCOUNT #    XXXXXX7896
BANK #          XXXXX0227

N O N - N E G O T I A B L E

**SCOTTDALE EARLY LEARNING INC.**
479 WARREN AVE
SCOTTDALE GA 30079

**DEXTER SMITH**
EMPLOYEE ID: 9975
DEPARTMENT: 107
DD RECEIPT:    1011778321



Pay Period    04/19/2021  -  05/02/2021
Pay Date    05/14/2021

FITWH    Filing Status: S  Exemptions: 0
GA    Filing Status: S  Exemptions: 1

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 1,493.00 | 720.00 | 13,437.00 |
| Hol | | | | 136.00 | |
| ‡Cell Phone | | | | | 200.00 |
| Total | | 80.00 | $1,493.00 | 856.00 | $13,637.00 |

| Deductions | CURRENT | YTD |
|---|---|---|
| Accident | 9.82 | 88.38 |
| CSDispGA | 76.50 | 688.50 |
| Vision | 3.22 | 28.98 |
| Total | $89.54 | $805.86 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 149.55 | 1,345.95 |
| MED | 21.46 | 193.14 |
| SOC | 91.76 | 825.84 |
| GA | 60.42 | 543.78 |
| Total | $323.19 | $2,908.71 |

**Net Pay**    XXXXXX7896    $1,080.27

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1 Vacation | | | 204.00 |
| 2 Sick | | | 208.00 |

| Other Hours | CURRENT | YTD |
|---|---|---|
| ‡SAL | 80.00 | 624.00 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SCOTTDALE EARLY LEARNING INC.
479 WARREN AVE
SCOTTDALE GA 30079

Direct Deposit #    1011778321
Date    05/14/2021

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **      VOID ** VOID **

107    DD

Pay to the
Order of    **DEXTER SMITH**
3850 MEMORIAL DR
DECATUR GA 30052

DIRECT DEPOSIT    $1,080.27
TO ACCOUNT #    XXXXXX7896
BANK #    XXXXX0227

N O N - N E G O T I A B L E

**SCOTTDALE EARLY LEARNING INC.**
479 WARREN AVE
SCOTTDALE GA 30079

**DEXTER SMITH**
EMPLOYEE ID: 9975
DEPARTMENT: 107
DD RECEIPT:   1012023613



Pay Period   05/03/2021  -  05/23/2021
Pay Date     05/28/2021

FITWH    Filing Status: S  Exemptions: 0
GA       Filing Status: S  Exemptions: 1

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 1,493.00 | 800.00 | 14,930.00 |
| Hol | | | | 136.00 | |
| Sick | | 16.00 | | 16.00 | |
| ‡Cell Phone | | | 50.00 | | 250.00 |
| Bonus | | | 1,250.00 | | 1,250.00 |
| Total | | 96.00 | $2,793.00 | 952.00 | $16,430.00 |

| Deductions | CURRENT | YTD |
|---|---|---|
| Accident | 9.82 | 98.20 |
| CSDispGA | 76.50 | 765.00 |
| Vision | 3.22 | 32.20 |
| Total | $89.54 | $895.40 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 387.24 | 1,733.19 |
| MED | 39.58 | 232.72 |
| SOC | 169.26 | 995.10 |
| GA | 132.30 | 676.08 |
| Total | $728.38 | $3,637.09 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1 Vacation | | | 214.00 |
| 2 Sick | | | 202.00 |

**Net Pay**   XXXXXX7896    $1,975.08

| Other Hours | CURRENT | YTD |
|---|---|---|
| ‡SAL | 104.00 | 728.00 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SCOTTDALE EARLY LEARNING INC.
479 WARREN AVE
SCOTTDALE GA 30079

Direct Deposit #   1012023613
Date               05/28/2021

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **      VOID ** VOID **

107    DD

Pay to the
Order of    **DEXTER SMITH**
            3850 MEMORIAL DR
            DECATUR GA 30052

DIRECT DEPOSIT  $1,975.08
TO ACCOUNT #    XXXXXX7896
BANK #          XXXXX0227

N O N - N E G O T I A B L E

**SCOTTDALE EARLY LEARNING INC.**
479 WARREN AVE
SCOTTDALE GA 30079

**DEXTER SMITH**
EMPLOYEE ID: 9975
DEPARTMENT: 107
DD RECEIPT: 1012269491



| Pay Period | 05/24/2021 - 06/06/2021 | FITWH | Filing Status: S Exemptions: 0 |
|---|---|---|---|
| Pay Date | 06/15/2021 | GA | Filing Status: S Exemptions: 1 |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 1,493.00 | 880.00 | 16,423.00 |
| Hol | | 8.00 | | 144.00 | |
| Sick | | | | 16.00 | |
| ‡Cell Phone | | | 50.00 | | 300.00 |
| ‡Staff Reim | | | 17.95 | | 17.95 |
| Bonus | | | | | 1,250.00 |
| Total | | 88.00 | $1,560.95 | 1,040.00 | $17,990.95 |

| Deductions | CURRENT | YTD |
|---|---|---|
| Accident | 9.82 | 108.02 |
| CSDispGA | 76.50 | 841.50 |
| Vision | 3.22 | 35.42 |
| Total | $89.54 | $984.94 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 149.55 | 1,882.74 |
| MED | 21.46 | 254.18 |
| SOC | 91.76 | 1,086.86 |
| GA | 60.42 | 736.50 |
| Total | $323.19 | $3,960.28 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1 Vacation | | | 214.00 |
| 2 Sick | | | 202.00 |

**Net Pay** XXXXXX7896 $1,148.22

| Other Hours | CURRENT | YTD |
|---|---|---|
| ‡SAL | 72.00 | 800.00 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SCOTTDALE EARLY LEARNING INC.
479 WARREN AVE
SCOTTDALE GA 30079

Direct Deposit # 1012269491
Date 06/15/2021

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **     VOID ** VOID **

107    DD

DIRECT DEPOSIT $1,148.22
TO ACCOUNT # XXXXXX7896
BANK # XXXXX0227

Pay to the
Order of    **DEXTER SMITH**
3850 MEMORIAL DR
DECATUR GA 30052

**N O N - N E G O T I A B L E**

SCOTTDALE EARLY LEARNING INC.
479 WARREN AVE
SCOTTDALE GA 30079

DEXTER SMITH
EMPLOYEE ID: 9975
DEPARTMENT: 107
DD RECEIPT: 1012513961



| | | | | | |
|---|---|---|---|---|---|
| Pay Period | 06/07/2021 - 06/20/2021 | | FITWH | Filing Status: S | Exemptions: 0 |
| Pay Date | 06/30/2021 | | GA | Filing Status: S | Exemptions: 1 |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 1,493.00 | 960.00 | 17,916.00 |
| Hol | | 8.00 | | 152.00 | |
| Sick | | | | 16.00 | |
| ‡Cell Phone | | | | | 300.00 |
| ‡Staff Reim | | | | | 17.95 |
| Bonus | | | | | 1,250.00 |
| Total | | 88.00 | $1,493.00 | 1,128.00 | $19,483.95 |

| Deductions | CURRENT | YTD |
|---|---|---|
| Accident | 9.82 | 117.84 |
| CSDispGA | 76.50 | 918.00 |
| Vision | 3.22 | 38.64 |
| Total | $89.54 | $1,074.48 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 149.55 | 2,032.29 |
| MED | 21.46 | 275.64 |
| SOC | 91.76 | 1,178.62 |
| GA | 60.42 | 796.92 |
| Total | $323.19 | $4,283.47 |

| Net Pay | XXXXXX7896 | $1,080.27 |
|---|---|---|

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1 Vacation | | | 224.00 |
| 2 Sick | | | 212.00 |

| Other Hours | CURRENT | YTD |
|---|---|---|
| ‡SAL | 72.00 | 872.00 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SCOTTDALE EARLY LEARNING INC.
479 WARREN AVE
SCOTTDALE GA 30079

Direct Deposit #  1012513961
Date  06/30/2021

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **          VOID ** VOID **

107    DD

Pay to the
Order of

**DEXTER SMITH**
3850 MEMORIAL DR
DECATUR GA 30052

DIRECT DEPOSIT  $1,080.27
TO ACCOUNT #  XXXXXX7896
BANK #  XXXXX0227

N O N - N E G O T I A B L E